**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
**Eastern Division**

Lilly Martin, et al.

                              Plaintiff,

v.                                                 Case No.: 1:13−cv−08376
                                                   Honorable Manish S. Shah

KCBX Terminals Company, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 21, 2015:

       MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The court adopts the defendants' proposed date to file an answer to Plaintiffs' Complaint. Defendants shall answer or otherwise plead to Plaintiffs Complaint [63] by 1/29/15. Any requests to amend the pleadings must be made by 3/31/15. Plaintiffs shall file their motion for class certification by 8/27/15. Defendants' responses shall be filed by 10/1/15. Plaintiffs' reply shall be filed by 10/29/15. No surreply is allowed. All fact discovery shall be noticed in time to be completed by 12/18/15. No expert discovery dates will be set at this time. Defendants' request for Plaintiffs to disclose experts in connection with Plaintiffs' class certification motion will be addressed at the next status hearing, which is set for 4/9/15 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.