## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LILY MARTIN, et al.,

      Plaintiffs,

      v.

KCBX TERMINALS CO., et al.,

      Defendants.

No. 13 CV 8376

Judge Manish S. Shah

### ORDER

Plaintiffs' motion for leave to serve limited discovery on objectors [225] is denied, but objectors shall make an additional disclosure concerning the translation and interpretation of the filed declarations. The supplemental disclosure shall be made by July 13, 2016. Class objectors' motion for production of deposition transcripts [228] is denied.

### STATEMENT

Plaintiffs' motion for leave to serve limited discovery on objectors [225] is denied. Counsel for the objectors has adequately explained the circumstances surrounding the objectors' filing, and has represented that the declarations were not intended to demonstrate a quantum of damages with the rigor necessary to prove damages. I can assess the weight to be given the objections without further discovery. If any objectors choose to testify, cross-examination will be sufficient to develop any arguments concerning the objections. The plaintiffs and the defendants are well-equipped to conduct such an examination, and the time, expense, and inconvenience (to all concerned) of the requested discovery would not materially assist me in evaluating the objections. All parties are on notice that at the fairness hearing, I will ask them to articulate how they approached their respective assessments of damages. The objectors' motion for production of plaintiffs' deposition transcripts is denied. According to the objectors, they want to see the transcripts so they can determine whether their damages estimates are consistent with the representative plaintiffs'. But I can conduct such a comparison by exploring the issue at the fairness hearing, without imposing additional costs on anyone. The discovery is unnecessary.

Class counsel's concern that the declarations filed by the objectors may not be admissible can be addressed with a limited supplemental disclosure by the

objectors. Objectors shall disclose to class counsel the identity and qualifications of any translators used to prepare the declarations filed in support of the objection. This disclosure shall specify which declarations were translated and can be in the form of a letter from counsel for the objectors to class counsel. The supplemental disclosure shall be made by July 13, 2016.

ENTER:

_____
Manish S. Shah
United States District Judge

Date:  6/30/16